UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOE HAND PROMOTIONS INC,

        Plaintiff,

     v.                                  Case No. 12-C-159

DONALD L JORGENSON, JR
doing business as
DJ's Moose Knuckle Lodge,

        Defendant.

---

**ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER**

---

       This case is currently scheduled for a final pre-trial hearing on August 13, 2012, and a trial date of September 5, 2012. The defendant has filed dispositive motions on which the briefing has not yet been completed. Given the time necessary to brief and issue a decision on the motions, it appears that the trial should be moved. Accordingly, the Court vacates the final pre-trial conference and trial dates currently scheduled. New final pre-trial and trial dates will be set in the event the motions are denied.

       **SO ORDERED** this  11th  day of July, 2012.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge